IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>AARON DEWAYNE TERRY,<br><br>*Defendant.* | Case No. CR-19-045-RAW |

**FINAL ORDER OF FORFEITURE OF $17,875.00 AND $31,125.00 IN LIEU OF PERSONAL PROPERTY**

WHEREAS, on May 1, 2020, this Court entered a Preliminary Order of Forfeiture, ordering Defendant Aaron Dewayne Terry to forfeit:

- 2014 BMW X5; VIN #5UXKR2C53E0H33007; and
- 2016 Jeep Wrangler; VIN 1C4HJWFG1GL118929.

WHEREAS, the Court entered an Agreed Order for Interlocutory Sale and the vehicles have been sold;

WHEREAS, the United States received the $17,875.00 gross proceeds of the sale of the forfeited 2014 BMW X5; VIN #5UXKR2C53E0H33007 and $31,125.00 gross proceeds of the sale of the forfeited 2016 Jeep Wrangler; VIN 1C4HJWFG1GL118929;

WHEREAS, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the cash in lieu of the above described vehicles in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court

1

within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following:

- $17,875.00 in lieu of 2014 BMW X5; VIN #5UXKR2C53E0H33007; and
- $31,125.00 in lieu of 2016 Jeep Wrangler; VIN 1C4HJWFG1GL118929,

is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the $17,875.00 in lieu of 2014 BMW X5; VIN #5UXKR2C53E0H33007 and $31,125.00 in lieu of 2016 Jeep Wrangler; VIN 1C4HJWFG1GL118929 is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:

Dated: August 13, 2020

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE

Submitted by:

BRIAN J. KUESTER
United States Attorney

s/ Clay A. Compton
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK  74401
(918) 684-5100 (telephone)
(918) 684-5151 (facsimile)
Dean.Burris@usdoj.gov (e-mail)